# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | * | CHAPTER 7 |
| | * | |
| SCOTT WILLIAM MULLER and | * | CASE NO. 13-55871-BEM |
| TERESA MARFIL MULLER | * | |
| | * | JUDGE BARBARA ELLIS-MONRO |
| Debtors. | * | |

## MOTION TO SETTLE AND COMPROMISE

Edwin K. Palmer, Trustee, through his undersigned attorney, moves to settle and compromise claims of this Estate and respectfully shows as follows:

1.

Edwin K. Palmer, Movant, is the duly appointed and acting Trustee herein.

2.

Scott William and Teresa Marfil Muller, ("Debtors") filed for Chapter 7 relief on March 13, 2013.

3.

Debtors' Schedule A reflects real property located at 1228 Pemshire Court, Marietta, Georgia, 30062, ("Property") with a current market value of $320,000.00. Debtors' Schedule D lists one lienholder, Wells Fargo Home Mortgage, holding a mortgage lien in the approximate amount of $298,133.00. Debtors' claimed exemption under Schedule C is $21,867.00.

4.

Following investigation and consultation with Tony Money, the real estate agent employed pursuant to Court Order entered June 25, 2013, it was determined that the true value of the home is higher than indicated in Schedule A, and that there is equity in the Property.

5.

Debtors have offered to pay $19,500.00 to the Trustee to settle the Estate's claim to the Property, with no exemption to be claimed as to these monies. The settlement would be payable at the rate of $3,900.00 per month, beginning on the 1st day of December, 2013, continuing on a

like date thereafter for five (5) months or until paid in full. If there is a default in any monthly payment, the Trustee has the right to take immediate steps to market and sell the property with the full cooperation of the Debtors being required. Any monies already paid would inure to the benefit of the Estate and would not be returned to Debtors. In addition, in the event of a default, Debtors agree to waive their right to any exemption on the Property, including the right to the total homestead exemption claimed on the property as set out in Schedule C and as noted in Paragraph 3, above.

6.

Considering the facts as set out in Paragraphs 3 and 4 above, considering the costs associated with the marketing and sale of the Property, inclusive of real estate commissions of seven percent (7%), Debtors' claimed exemption of $21,867.00 and closing costs, Movant believes that the proposed settlement is reasonable and fair and that it would be in the best interest of the Estate and of all parties in interest to accept the proposed settlement.

7.

Movant represents that the settlement, as proposed, will be sufficient to pay all administrative costs and will provide a meaningful distribution to holders of allowed claims.

8.

Subject to the Court's approval, Movant has agreed to accept the above-noted settlement and compromise in full satisfaction of the Estate's claim to the Property.

WHEREFORE, Movant prays that the Court will:

a)  Authorize the Trustee to enter into the settlement as proposed;

b)  Provide the Trustee and the Debtor with authority to execute such documents as may be required to facilitate the settlement, and

c)  Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 23nd day of October, 2013.

/s/ Edwin K. Palmer

Edwin K. Palmer, P.C.  Edwin K. Palmer
P.O. Box 1284  GA Bar No.: 560100
Decatur, GA 30031
(404) 479-4450

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA GEORGIA**

| | | |
|---|---|---|
| In re: | * | CHAPTER 7 |
| | * | |
| SCOTT WILLIAM MULLER and | * | CASE NO. 13-55871-BEM |
| TERESA MARFIL MULLER | * | |
| | * | JUDGE BARBARA ELLIS-MONRO |
| Debtors. | * | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Edwin K. Palmer, Trustee in the above-noted bankruptcy case, has filed a **Motion to Settle and Compromise** ("Motion") with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1402, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, at 10:00 a.m. on Wednesday, December 4, 2013.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the Hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the Hearing. The address of the Clerk's Office is Clerk,

U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

       Dated:  October 23, 2013.

                                                /s/Edwin K. Palmer
                                                Edwin K. Palmer
                                                Attorney for the Chapter 7 Trustee

Edwin K. Palmer, P.C.
P.O. Box 1284
Decatur, GA 30031
(404) 479-4450

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA GEORGIA**

| | | |
|---|---|---|
| In re: | * | CHAPTER 7 |
| | * | |
| SCOTT WILLIAM MULLER and | * | CASE NO. 13-55871-BEM |
| TERESA MARFIL MULLER | * | |
| | * | JUDGE BARBARA ELLIS-MONRO |
| Debtors. | * | |

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day served all interested parties in the foregoing matter with a copy of the **Motion to Settle and Compromise and Notice of Hearing**, by depositing in the United States mail a copy of same in a properly addressed envelope with sufficient postage affixed thereon, addressed as shown on the attached Distribution List.

    This 23rd day of October, 2013.

                                                     /s/ Edwin K. Palmer
                                                   Edwin K. Palmer
                                                   Attorney for the Chapter 7 Trustee

Edwin K. Palmer
P.O. Box 1284
Decatur, GA 30031
(404) 479-4450

Distribution List:

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

Howard P. Slomka, Esq.
Slomka Law Firm
2nd Floor
1069 Spring Street, NW
Atlanta, GA 30309

Tony Money
Re/Max Prestige
3005 Old Alabama Road, Suite 70
Alpharetta, GA 30022

Department of Revenue
State of Georgia
c/o Commissioner
1800 Century Center Blvd., NE
Suite 2225
Atlanta, GA 30345-3205


Internal Revenue Service
Ogden, UT 84201

Department of Treasury
Internal Revenue Service
United States of America
c/o Internal Revenue Service-District Dir.
401 W. Peachtree Street, N.E.
Room 415, Stop 335-D
Atlanta, Georgia 30308


Department of Treasury
Internal Revenue Service
United States of America
District Counsel

P. O. Box 901
STOP 1000-D
Atlanta, Georgia  30301

Department of Treasury
Internal Revenue Service
United States of America
Main Justice Building
10th and Constitution Avenue, N.W.
Washington, D.C.  20530

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Advants IRA
13191 Starkey Road
Suite 9
Largo, FL 33773

American Express
American Express Special Research
Po Box 981540
El Paso, TX 79998

Bank Of America
Po Box 982235
El Paso, TX 79998

Chase
P.o. Box 15298
Wilmington, DE 19850

Chase Mht Bk
Attention: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Discover Fin Svcs Llc
Po Box15316
Wilmington, DE 19850

Georgia Department of Revenue
Bankruptcy Division

Post Office Box 161108
Atlanta, GA 30321

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Navy Fcu
Attention: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Pahio at Bali Hai Villas
4970 Pepelani Loop
Princeville, HI 96722

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303

USAA Federal Savings Bank
10750 Mcdermott Fwy
San Antonio, TX 78288

Usaa Fsb
10750 Mcdermott Fwy
San Antonio, TX 78288

Usaa Savings Bank
Po Box 47504
San Antonio, TX 78265

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

Wyndham Vacation Mgmt
10750 W. Charleston Blvd
Suite 150
Las Vegas, NV 89135

Wyndham Vavation Mgt
10750 W. Charleston Blvd
Suite 150

Las Vegas, NV 89135